# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

SCOTT DANIEL,
    Plaintiff,

vs.

MD ABUBAKAR ATIQ DURRANI, et al.,
    Defendants.

Case No. 1:18-cv-832
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion for an order authorizing "alternate service" on defendant Abubakar Atiq Durrani, M.D. (Doc. 26), defendants' response in opposition (Doc. 27), and plaintiff's reply. (Doc. 28).

Defendant Durrani has hundreds of civil lawsuits pending against him both in this Court and in state courts, but fled the jurisdiction of this Court soon after federal criminal charges were filed against him. *See United States v. Abubakar Atiq Durrani*, Case No. 1:13-cr-84. Defendant Durrani is currently living and working in Pakistan. Despite his flight from criminal prosecution, Durrani has continued to appear and defend against multiple civil lawsuits filed against him through Cincinnati-based counsel. In the civil lawsuits that Durrani has appeared, counsel for Durrani accepted service on his behalf. However, in other lawsuits, Durrani has not appeared because local counsel has refused to accept service.[1]

The Court takes judicial notice of the fact that plaintiff's counsel filed virtually identical motions in multiple cases pending in this Court, including in eight cases assigned to U.S. District Judge Michael R. Barrett. On April 16, 2019, Judge Barrett granted plaintiffs' motions for alternate service in the eight cases assigned to him. *See, e.g., Rohling v. Durrani*, Case No. 1:18-

---

[1] Whether or not service has been accepted appears to be based upon which attorney(s) represent Durrani in the various cases and whether or not Cincinnati Children's Hospital Medical Center has been named as an additional defendant.

cv-852 (Doc. 28). In addition, U.S. District Judge Timothy S. Black granted similar motions seeking alternate service by notation order. *See* Case Nos. 1:18-cv-831, 1:18-cv-851. Magistrate Judge Stephanie K. Bowman also recently granted plaintiff's motion for an order authorizing alternate service. *See Foster et al. v. Durrani*, Case No. 1:18-cv-834 (Doc. 21).

After reviewing the parties' filings in this matter, as well as the orders issued on virtually identical motions by other judges, the Court is persuaded by the reasoned analysis of Judge Barrett that plaintiff's motion should be granted. *See Rohling v. Durrani*, Case No. 1:18-cv-852 (Doc. 28). Counsel for plaintiff may issue alternate service on defendant Durrani by either a current mailing address or email address.[2] Accordingly, **IT IS ORDERED** that plaintiff's motion for an order authorizing alternate service (Doc. 26) is **GRANTED**.

**IT IS SO ORDERED.**

Date: 5/8/19

Karen L. Litkovitz
United States Magistrate Judge

---

[2] The Court notes that on May 2, 2019, plaintiff filed a "request for issuance of summons" that included an email address for service on defendant Durrani. (Doc. 30). On May 3, 2019, the Clerk issued summons as to defendant Durrani. (Doc. 31). Therefore, the Court does not need to order counsel for Durrani to provide plaintiff with a current mailing address or email address for Durrani.